UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

March 16, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***WESLEY R. SPRATT V. ASHBEL T. WALL, ET AL.***
***USDC CA 03-390T*** ***COA: 05-1426***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Certified Copies of the Following:
Document #1 - Petition for Writ of Habeas Corpus;
Document #3 - Motion to Dismiss and Memo by State of Rhode Island;
Document #4 - Objection to Motion to Dismiss by Petitioner;
Document #9 - Report and Recommendations by M.J. Martin;
Document #13 - Objection to R&R of M.J. Martin by Petitioner;
Copy of Docket