03-00390
USDC/R.I.
Torres, E.

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 05-1426

WESLEY SPRATT,

Petitioner, Appellant,

v.

ASHBEL T. WALL, ET AL.,

Respondents, Appellees.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

**JUDGMENT**
**Entered: April 4, 2006**

We issued an order to show cause why the instant appeal should not be dismissed on the ground that the order holding in abeyance Wesley Spratt's habeas petition pending exhaustion of state court remedies is not immediately appealable. We now have received Spratt's response and conclude that we lack jurisdiction over the appeal. First, the order is not "final" within the meaning of 28 U.S.C. § 1291 because it does not "conclusively dispose[] of all the rights of all the parties . . . , leaving nothing for the trial court to do but execute the judgment." See United States v. Kouri-Perez, 187 F.3d 1, 5 (1st Cir. 1999) (internal punctuation and citations omitted). Second, the order is not appealable under the collateral order doctrine set out in Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949), because the order does not present "an important or unsettled legal issue." See Kouri-Perez, 187 F.3d at 5. Rather, the order concerns the application of settled law regarding exhaustion to the particular facts of petitioner's case, and such an order is not immediately appealable. Id.

The appeal is therefore dismissed for lack of jurisdiction.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

George Kuta

**Deputy Clerk**

**Date:** 4/25/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Wesley Spratt, Lauren S. Zurier, AAG, Aaron L. Weisman, AAG]