**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WESLEY SPRATT** | : | |
| | : | |
| **v.** | : | **CA NO. 03-390T** |
| | : | |
| **ASHBEL T. WALL, ET AL** | : | |

**MOTION TO WITHDRAW APPEARANCE**

Now comes the undersigned Lauren S. Zurier, Special Assistant Attorney General, and hereby withdraws her appearance for the State of Rhode Island, in the above-entitled matter. Assistant Attorney General Aaron L. Weisman will remain as counsel for the State.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Lauren S. Zurier
**LAUREN S. ZURIER, #4496**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 29th day of August, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to Wesley Spratt, Pro Se, P.O. Box 8273, Cranston, RI 02920.

/s/ Lauren S. Zurier