UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WESLEY R. SPRATT

          v.                CA No. 03-390-T

ASHBEL T. WALL,
STATE OF RHODE ISLAND, et al.

### ORDER DENYING PETITIONER'S REQUEST TO PURSUE UNEXHAUSTED CLAIMS

    After reviewing the record of the State court proceedings regarding petitioner's claims for post-conviction relief and after affording counsel an opportunity to further explain what occurred during those proceedings, this Court finds that there has been no unreasonable delay attributable to the State in deciding petitioner's claims. Rather, the considerable period of time that has elapsed is attributable, entirely, to the petitioner's own conduct in filing multiple petitions, frequently amending the petitions, making numerous demands for the production of materials that may no longer exist and/or are of highly questionable relevance to the merits of his claims, challenging the Superior Court's jurisdiction to hear those claims, and submitting numerous pro se filings while represented by counsel.

    Accordingly, petitioner's motion for hearing is hereby denied.

                                            By Order

                                            /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: November 4, 2008